FILED

2025 SEP 26 AM 9:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF | 2:25-mj-04194-DUTY |
| V. | | |
| Reyes Garcia, Benjamin | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: __9/26/25    650am__    ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☑ Yes    ☐ No

4. Charges under which defendant has been booked:

   **8USC1326**

5. Offense charged is a:    ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☐ No    ☑ Yes    Language: SPANISH

7. Year of Birth: 1978

8. Defendant has retained counsel:    ☑ No
   ☐ Yes    Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Vanessa Ortega    (please print)

12. Office Phone Number: 505-264-3416    13. Agency: ICE

14. Signature: _Vanessa Ortega 939_    15. Date: 9/26/2025

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION