BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
ELIZABETH D. BISLAND
Special Assistant United States Attorney
Domestic Security & Immigration
  Crimes Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0319
      Facsimile: (213) 894-0141
      E-mail:    Elizabet.Bisland@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

10/07/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MR_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN REYES-GARCIA,<br><br>Defendant. | No. 2:25-mj-04194-DUTY<br><br>NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE COMPLAINT AGAINST DEFENDANT BENJAMIN REYES-GARCIA PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)<br><br>Honorable Pedro V. Castillo |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Special Assistant United States Attorney Elizabeth D. Bisland, hereby moves to dismiss without prejudice its complaint against defendant BENJAMIN REYES-GARCIA.

/ / /

/ / /

The United States moves to dismiss the complaint against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion to dismiss the complaint without prejudice.

Counsel for defendant, Annie Carney, the Deputy Federal Public Defender, has been consulted regarding this motion. Defense counsel does not oppose dismissal of the complaint itself. However, defense counsel partially opposes this motion to the extent that the government seeks dismissal without prejudice.

The government respectfully submits that dismissal without prejudice is appropriate, as it preserves the interests of justice and the government's ability to proceed should circumstances warrant. Accordingly, the government requests that the Court grant this motion and dismiss the magistrate complaint against defendant BENJAMIN REYES-GARCIA without prejudice. Additionally, the Court should exonerate the bond for defendant.

Dated: October 7, 2025              Respectfully submitted,

                                    BILAL A. ESSAYLI
                                    Acting United States Attorney

                                    JOSEPH T. MCNALLY
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division

                                    _/s/ Elizabeth D. Bisland_
                                    ELIZABETH D. BISLAND
                                    Special Assistant United States
                                    Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2