BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
ELIZABETH D. BISLAND
Special Assistant United States Attorney
Domestic Security & Immigration
   Crimes Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0319
      Facsimile: (213) 894-0141
      E-mail:    Elizabeth.Bisland@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

10/21/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MR_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-04194-DUTY |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BENJAMIN REYES-GARCIA, | |
| Defendant. | |

The Court has read and considered the Government's Motion to Dismiss Without Prejudice Complaint Against Defendant BENJAMIN REYES-GARCIA pursuant to Federal Rule of Criminal Procedure 48(a), and the defense's request that the dismissal be with prejudice.  Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1.   The complaint is hereby DISMISSED without prejudice as to

defendant BENJAMIN REYES-GARCIA.

2.    Defendant's bond is exonerated.

IT IS SO ORDERED.

October 21, 2025
DATE                                    HONORABLE PEDRO V. CASTILLO
                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

  /s/ Elizabeth D. Bisland
ELIZABETH D. BISLAND
Special Assistant U.S. Attorney